# 20CV7303

Date: December 7, 2020



RECEIVED TG

12/10/2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

JUDGE GETTLEMAN
MAGISTRATE JUDGE HARJANI

PLAINTIFF: Rose Meacham

DEFENDANTS:

University of Illinois, Board of Education, OCR, EEOC, NIH, NSF, Martha Gillette, Samuel Beshers, Aron Barbey, Neal Cohen, Zuofu Cheng, Stephanie Pregent, Justin Brown, Stephen Bryan, Danita Brown Young, McKinley, Sepideh Friberg, UIPD, BOT, Danielle Morrison, Robert Jones, Alexis Thompson, OSCR, Deans Office, Provosts Office, Brad Sutton

JURY TRIAL RESPECTFULLY REQUESTED

MOTION FOR IMMEDIATE ATTORNEY TO BE APPOINTED TO PLAINTIFF:
Please file these Federal Court Documents for the within the specified deadline put forth by the EEOC's right to sue notice. As instructed by the Northern District Court's Clerk's Office, I have requested assistance from an attorney and will be submitting updated versions of these documents so they are easier for all parties to read. I am also prepared to continue to represent myself Pro Se until the Judge appointed to this Federal Court Case grants my motions to appoint an attorney.

COMPLAINT:
Plaintiff Rose Meacham, pro se pending motion granted for appointed attorney, brings this Complaint against Defendants (including University of Illinois, Board of Education, OCR, EEOC, NIH, NSF, Martha Gillette, Samuel Beshers, Aron Barbey, Neal Cohen, Zuofu Cheng, Stephanie Pregent, Justin Brown, Stephen Bryan, Danita Brown Young, McKinley, Sepideh Friberg, UIPD, BOT, Danielle Morrison, Robert Jones, Alexis Thompson, OSCR, Deans Office, Provosts Office, Brad Sutton) pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et seq., as amended ("Title VII"), the Americans with Disabilities Act, 42 U.S.C. §12101, et seq. ("ADA"), and Title IX of the Education Amendments of 1972, 20 U.S.C. §1681, et seq. ("Title IX").

As alleged in detail below and in forthcoming evidence, pending Judge's approval of motions to subpoena necessary evidence, from approximately 2014 through the filing of this Complaint, DEFENDANTS have subjected Plaintiff to a widespread and continuous pattern of unlawful discrimination, harassment, physical harm, and even rape, including unlawful retaliation for opposing Defendant's discriminatory conduct and unlawfully terminating Plaintiff. Plaintiff is being subjected to unresolved and continuous unreasonable demands that are required of her to this day in order to gain access to UI resources required for her jobs. These demands violate

ADA Laws and continue new acts of harm and new damages based on Plaintiff's protected classes. In addition to these unreasonable demands, Plaintiff is also being illegally blocked from resources needed to live based on her disability needs and protected classes, as well as unaddressed physical threats and current retaliation against her that poses serious threats to her physical safety. Due to these illegal actions by DEFENDANTS against Plaintiff, it is now impossible to regain access to resources required for my employment and necessary for the continuation of my entire career. Due to unlawful retaliation against her for reporting aforementioned crimes and physical harm by DEFENDANTS which is making it impossible for Plaintiff to satisfy unreasonable demands made by DEFENDANTS.

Jurisdiction and Venue:
This Court has original jurisdiction of Plaintiffs' claims pursuant to 28 U.S.C. §§1331 and 1343(a)(4), and 42 U.S.C. §§2000e-5(f)(1) and (3).

Venue lies within this District pursuant to 28 U.S.C. §1391, because Defendant resides in this District in that it is subject to the Court's personal jurisdiction with respect to this action.

***************NORTHERN DISTRICT COURT CHICAGO, ILLINOIS*****************

During my own experiences of prejudice at UI, I also witnessed 17 and 18 year olds on campus at UI being victimized with systemic prejudice and even subjected to physical violemce in the form of rape, which I saw the aftermath of first-hand. Student Employees across the State of Illinois are suffering in silence and need new protective Federal Laws to enforce Title IX, Whistleblower Acts and Ethics Acts designed to protect them. My Court Case will prove through my evidence and factual reports that I was encouraged to suffer silently by individuals (DEFENDANTS, among others) I have reported to Title IX and Federal Offices at UI. My reported incidents and Federal Case illustrates the systemic patterns of practice up to the highest government organizations, such as DEFENDANT OCR, DEFENDANT EEOC, DEFENDANT BOARD OF EDUCATION, DEFENDANT NIH, DEFENDANT NSF, and others who are knowingly (and some are unknowingly) perpetuating systemic tactics I experienced first-hand which include attempted bribery, threats, physical assault by University Employees in power, and brutal intimidation specifically using my disabilities against me to cause permanent damages. I was harmed intentionally by DEFENDANTS retaliation and the result of these unresolved actions against me is that other students and Employees in UI systems are being shown through cases like mine that it is unsafe for them to report incidents of victimization due to their protected classes. I implore you to work with me during this Court Case to correct these systemic government failures and to create new laws and Federal guidelines to enforce protection for victims and Whistleblowers reporting crimes of prejudice.


FACTS OF THE CASE
The fact that I have filed as many as 5 Title IX charges, as instructed to do by the University of Illinois Urbana-Champaign Title IX Office,

The fact that the entire country has federal "Mandatory Reporting" guidelines that corporations and academic institutions are federally obligated to uphold (especially tax-funded public institutions like UIUC) means that what has happened to me, specifically university condoned retaliation at the systemic level (i.e. using University policies and codes of conduct to enforce retaliation among the administration targeting student employees who report professors or pose a legal liability due to their protected classes) is illegal based on a number of federal, state and civil statutes.

The fact that the Illinois Board of Education was given evidence and statements detailing this systemic retaliation and evidence (including eye witnesses and statements from other victims) regarding the original offenses of targeted prejudice and borderline hate crimes during my employed position in the Neuroscience Program at UIUC is inexcusable that this matter is now brought all the way to the Federal Court level for even a remote possibility of a fair chance at justice.

These facts of my case, including statements from other victims on campus, were presented to the Board of Trustees in Spring 2018. I detailed these facts and even demonstrated which specific codes of conduct and systemic policies and procedures at the University of Illinois are enabling these civil, state, and federal crimes against students and employees to continue to occur as we speak now.

Due to the State of Illinois' attempts to silence and continue to bury my statements and work within the legal processes in place to correct injustices, I am now in a position where your Honor's Courtroom is the only place left for me to share these facts, including ample evidence that is being buried and ignored, in order to help correct the illegal policies and university codes of conduct currently in place right now that make it "legal" for criminals such as the Professor who raped me to continue victimizing other students and employees in the Illinois school system. This is the only reason I am now forced to bring these matters to your Honor's Courtroom and to plead for justice in the name of myself and others belonging to my protected classes who currently work and are in danger of these same injuries that I have suffered and heard first hand that others are suffering as well.

DETAILS OF THESE CIVIL, STATE AND FEDERAL CRIMES AGAINST ME PERPETRATED BY THESE DEFENDANTS

Not to compare rape victims to veterans or fallen soldiers, but the statements that I was subjected to as a survivor of trauma due to targeted rape, sexual harassment and prejudice based on my protected classes, would make me sick if I witnessed these statements being made to veterans suffering from PTSD and/or trauma. These systemic injustices that I've been forced to survive at University of Illinois without ANY support whatsoever from the offices at University of Illinois (Title IX, Deans, Chancellors, Provosts, and even Healthcare Services) would make any American Citizen repulsed at the corruption and targeted profiling of disabled victims. My charges and Federal Case against the University of Illinois, the Board of Education,

the OCR, and the EEOC, among others, in the State of Illinois are worth fighting for due to the simple fact that these issues affect every single American Citizen, especially those belonging to my protected classes such as disabled individuals who have suffered trauma from physical violence. As I was forced to suffer these forms of victimization due to retaliation against me I am now forced to bring these unresolved matters to your Honor's attention at the Federal Court level in Illinois.

One student on-campus who didn't view me as a "threat" because I reported prejudice to the Title IX office was a soldier who fought in the Israeli Army. Other students and professors told me I was considered a "threat" and that students did "not want to work" with me "because of the Title IX and Federal Reports". It was also brought to my attention that a non-profit women's initiaticve I started to help women and individuals identifying as women and even transgender individuals who are victimized. I was told by bullies on campus that this non-profit organization had caused UI Employees to believe I am a "Radical Feminist" and as a result DEFEDNANT MARTHA GILLETTE and DEFENDANT ALEXIS THOMPSON forced me to shut down my own non-profit women's initative so I would not be a "disruption" on campus due to individuals prejudiced fears about my support for victims of rape, sexual harassment and other forms of prejudice. I had no idea until coming to UI that supporting victims of rape, sexual harassment and prejudice was a "radical" or "threat"ening thing for me to do. This factual example of these prejudiced fears and actions taken against me to harm and subdue my attempts to support victims, including myself, instigated at the systemic levels by people in positions of power at UI, namely these DEFENDANTS.

This might sound at first that I am making light of what horror and excruciating inhumane actions against the Jewish community have transpired throughout our World's history to date, however I mean this with the utmost sincerity and respect for Jews -- I was frightened for my life to remain on-campus in Urbana-Champaign due to the unresolved hate crimes, intentional delays to my case, misstatements and intentional lies made by respondents on record in a formal format within the university offices for handling these crimes, the DEFENDANTS' unpunished threats, and other crimes of physical harm and character defamation negatively impacting my career and my life. Due to these unresolved crimes and threats against me I was forced to work remotely at another university. I was still retaliated against with false, absurd, charges that I've filed false reports despite the fact that I've been forced to incur about $85,000 in fees that I've had to pay in order to be safe and gain resources required for my job with UI. Additionally, I am not requesting financial compensation for these damages in yet another effort to show the State of Illinois that rape victims, victims of prejudice, and more are not "lying" or motivated by anything other than their own desire to be safe when reporting incidents of prejudice and hate crimes. Reporting these incidents is also something I feel I must do as a Citizen in the US and as a person who genuinely wants others around me to also be safe, even if this risks my own career and finances in order to do the right thing.

I believe that the fact I am white and these incidents of hate crimes affected me to this degree, coupled with the undeniable facts that I was told in-person and verbally by minorities on campus

(both Jewish and African American) that they were frightened of losing their jobs, as well as Jewish community members telling me not to report these antisemetic incidents due to the fact that they were being "blamed" by the University of Illinois community for reporting antisemitism earlier -- this makes my coming forward a matter of national importance that simply cannot be ignored *please.* I truly and sincerely agonized over the decision about cooperating with the Title IX Office -- one of the major problems for me in the Title IX "investigative" process (if you can call it an "investigative" process) was the inexcusable ignorance and poor training of these Title IX employees whose duty it is to protect victims who are among the most targeted and historically victimized protected classes in the world.

I agonized over my decision to report these incidents (including physical assault/rape) due to these in-person and verbal first-hand pleas with me to give in to these threats (including threats of expulsion which did in fact come to fruition after I decided to cooperate with federal investigators, as well as cooperate with UIUC "investigators"), intimidation, bribery, and other forms of retaliation against me (including blocks to my funding which forced me to become the ONLY student employee in my program forced to pay out of pocket over $87,000 for my own accommodations and other resources UIUC is legally and contractually legally obligated to give me free of charge). I was truly unnerved to witness first-hand how these criminals so expertly, casually, and easily manipulated a state funded institution in the State of Illinois to protect and enforce these atrocious inhumane threats against my physical safety, further victimization and covering-up of these crimes against me so these criminals in power are still able to continue -- even as I write this now -- their access to these tax-funded resources that make it possible for them to continue their hate crimes, rape, and victimization based on prejudice against members of my protected classes.

Part of my considerations for weighing my decision to file formal reports with University Officials and the Federal Officers in the State of Illinois was the effect my coming forward about these hate-motivated organizations such as the KKK, White Nationalists, or rapists (whose actions are scientifically shown to be made possible due to the fact communities of individuals tolerate and actively support their crimes) would have on other current students and employees in the State of Illinois belonging to my protected classes, and related minority classes. I truly and very sincerely spent hours upon hours speaking with other minorities and victims at University of Illinois who were unable to participate in the reporting process at all due to their self-reported fear that they (specifically as the ONLY member of their protected class in certain University working communities) would lose their jobs or be further victimized by these Defendants I have listed in the case you are now ruling on.

In concluding my decisive agony over whether to cooperate with "investigators" and whether or not to continue with the legally dictated reporting process to this Federal level I honestly felt that I, as an American Citizen and a racially white individual, have a duty and obligation to others who I work with to file my formal reports, for the sole reason that they for their own reasons have informed that they are unable to do so. I feared that these individuals may be further victimized as they reported to me they would be if they participated in the reporting process in any manner. I was also fearful that the members of the Jewish community who told me not to file these

reports may turn their backs on me even while I am finishing the conversion process to join these religious groups because of their own self-reported fear of further and escalated antisemitism occurring within the University of Illinois schools -- such as targeting them, would be carried out against them due to my cooperation with the Title IX Office and other University Officials, including the UIPD and Federal Agents.

However, it is out of my love and respect for these protected and unfortunately historically targeted or victimized communities with whom I identify that I made these reports in the first place. I concluded, perhaps mistakenly (but that's for you to decide), that speaking-up would bring about the necessary legal and state-wide governmental policy changes in order to protect members of these protected classes with whom I belong/hope to still be welcome among. I've very literally risked both my personal career/livelihood -- my very ability to financially support myself, my physical safety, as well as my acceptance within these protected communities with whom I identify in order to do what seems like the correct thing to do to protect us all. Perhaps due to the fact that I am newly public with my allegiance to these protected classes, meaning I have never been victimized in the same manner these individuals may have been victimized due to my newly being open about my protected classes, I might be ignorant or naive of how the American Judicial System enforces federal laws to protect these protected classes. However, I believe in the American Judicial system nonetheless and I bring before you this case to be ruled upon as you see fit, hopefully proving my faith in American Democracy to not be in vain and to not further open the channels for even worse retaliation against my protected class on a state-wide or national level.

Thus, I implore your Honor to *please* seriously consider these cases in an unbiased manner and to please consider the forthcoming evidence obtained with your assistance from these Defendants (whose own policies and rules prohibit me from sharing these documents and multi-media evidence with your Honor, as well as Federal investigators and the police). This evidence includes university recorded videos of said in-person crimes against me such as but not limited to victimization of me based on my protected classes recorded for your Honor to judge for yourself whether these crimes have transpired as I've faithfully and honestly risked my entire life and career to report to your Honor, and to report to other Federal Officials and Police Officers.

****

PATTERN OF PRACTICE AT THE SYSTEM STATE LEVEL**********************

President Barack Houssain OBAMA is credited with updating and improving the Title IX Offices across the country. When I arrived at UIUC I was informed by DEFENDANT NEAL COHEN, DEFENDANT SAMUEL BESHERS, among others including support from DEFENDANT BRAD SUTTON, that OBAMA'S updates to the Title IX Offices were in fact NOT supported by the DEFENDANTS I've reported. I was immediately forced to pledge my allegiance as either being for or against the KKK, a White Nationalist organization with cells located throughout the

country, as well as demands made by members of DEFENDANT BRAD SUTTON'S LAB and by DEFENDANT SAMUEL BESHERS (both DEFENDANTS BRAD SUTTON AND DEFENDANT SAMUEL BESHERS refused to follow laws and refused to follow correctly implemented UI policies when I reported hate crimes of a White Nationalist nature to them) pledge my allegiance as being either for or against genetic supremecist ideologies deemed "sexual harassment and sexual discrimination" by the National Labor Review Board. I refused to pledge allegiance to these White Nationalist organizations. I refused to pledge allegiance to these White Nationalist ideologies, as well as to these genetic supremecist ideologies deemed sexual harassment and sexual discrimination by the National Labor Review Board. After I refused to pledge support for these White Nationalist organizations and refused to pledge allegiance in support of genetic supremecist ideologies including sex and gender based prejudices, I was wrongfully terminated from my employed positions at UI and their affiliates. After I refused to engage in these illegal and harmful actions against protected classes within the UI communities, the UI Administration including but not limited to DEFENDANT ALEXIS THOMPSON, UI HR, DEFENDANT BRAD SUTTON, DEFENDANT NEAL COHEN, DEFENDANT DANIELLE MORRISON, DEFENDANT MARTHA GILLETTE, DEFENDANT SAMUEL BESHERS, DEFENDANT STEPHEN BRYAN, DEFENDANT STEPHANIE PREGENT, DEFENDANT OSCR, DEFENDANT DANITA BROWN YOUNG, DEFENDANT ROBERT JONES, DEFENDANT BOARD OF EDUCATION, DEFENDANT UNIVERSITY OF ILLINOIS, DEFENDANT OCR, DEFENDANT EEOC, DEFENDANT BOT, DEFENDANT ZUOFU CHENG, DEFENDANT ARON BARBEY, DEFENDANT DEANS OFFICES, DEFENDANT UIPD, among others, I was knowingly and immediately *illegally* blocked from my rights as an employee to receive protective services from the Union for Workers at UI.

These incidents occurred within the 2017 and onward semesters at UI and I therefore must request a motion that these incidents be included in my Federal Court Case.

ALL of my legal attempts to access evidence and records of these illegal actions taken against me as detailed above have been denied and intentionally delayed and/or blocked. The most recent attempts to block my access to this evidence to prove the aforementioned crimes carried out by the DEFENDANTS listed in this Federal Court Case, include illegally removing me from campus, illegally denying my re-entry to my academic employed position at UIUC, and forcing me to endure further prejudice and harm at the hands of UI Deans and UI Provosts who are making prejudiced and unreasonable demands of me, while simultaneously denying my rights to Disability Services, Disability Accommodations, Healthcare, and UI resources that I require in order to live. I have therefore also filed a motion to subpoena and obtain these pieces of evidence crucial to prove my Federal Case due to the fact I am being blocked from sharing this evidence with Federal Agents.

In other words, I have formally and respectfully filed motions with the District Court asking your Honor to please rule in favor of my motion for incidents from 2014 onward to be included to prove my Federal Court Case. These incidents include HATE CRIMES & RAPE from 2017 ONWARD which UI and supporting groups are intentionally covering-up by, for example, abusing positions of power to falsely report incorrect dates of my Title IX reports filed in 2017.

These crucial incidents also include proof of repeat patterns of practice such as intentionally, repeatedly, delaying my Title IX reports and blocking my access to a fair, judicial process in order to enforce legally mandated punishments for these DEFENDANTS and supporting organizations.

There appears to be a systemic divisiveness among certain groups in Illinois who either view OBAMA as an excellent President and those who are biased against him for unnamed reasons. It was a shock to me for UI Employees including the DEFENDANTS to openly bully me without fear of being caught to force me to proclaim OBAMA'S achievements during his presidency are ineffective. I was bullied in a related way to refuse my responsibilities as a mandatory reporter to the Title IX and University Offices charged with resolving incidents of prejudice. To my further shock and horror, I found that this ineffective handling and intentionally defunct systems in place to enforce the policies that OBAMA'S Administration set forth in the State of Illinois and across the entire country are knowingly placing Employee lives at risk for the sake of falsely proving OBAMA'S Title IX work to be ineffective.

One such publicly known and Federally proven court case involving political governors in the highest positions within the State of Illinois is the case of Governor Rod Blagojevich. This former Governor was found guilty on federal corruption charges involving OBAMA'S Senate Seat and other political matters of State-wide importance. This was not a fact I was aware of until experiencing first-hand what are clearly an unprecedented number of prejudiced acts against me due to my support and enthusiasm for OBAMA'S Title IX policies and his Presidency in general. My goal in citing this case of proven corruption at the highest government offices in the State of Illinois is to help illustrate a State-wide, government level, pattern of systemic corruption practices designed intentionally to serve certain individuals in power.

The Political Environment during these incidents which have been carried out by the DEFENDANTS during my affiliation with University of Illinois over the last number of years has been a historical record setting climate of unsafe divisiveness within the American national borders. Many of these reported incidents of this specific court case and related reported matters such as but not limited to in-person threats based on prejudice for my protected classes and retaliation from University affiliates at a national-level

The documented factual events which have repeatedly occurred during the Trump Presidency show a record number of unprecedented violent attacks against members of my protected class throughout the 50 United States. The facts made publicly available to American Citizens by defenders of our First Amendment and Constitutional Rights include White Nationalist in implication and in tone calls to action by President Donald Trump for escalated incidents of intentional physical harassment, physical harm, intimidation with intent to harm, bullying of all manners, and even violence from organizations who have a documented track-record of intentionally carrying-out said harm and threats with intent to harm against American Citizens, visitors from other countries on American soil, and especially well documented and proven in judicial courts throughout this country too many specific incidents such as physical harm

(including but not limited to physical harm until death) waged against protected members of my protected classes.

These calls to action for physical harm made by the United States President Donald Trump against members of my protected class are evidenced in police reports, court cases and proven cases of death, bodily harm and permanent physical damages against members of my protected class residing and working in states across this country. I am one of many members of my protected classes who has been physically harmed, discriminated against, bullied, harassed, victimized with hate crimes of all kinds, and forced to endure retaliation for reporting these crimes. Due to these unprecedented incidents of hate crimes wages against my protected classes throughout the United States my case is perhaps not a shock to individuals who are viewing these documents, evidence of the facts and statements.

Throughout my training as a member of my protected classes, and specifically during my time enrolled as a student and/or employee at organizations, both incorporated and academic, I have been trained countless times on the appropriate and legally mandated (often federally mandated) Title IX or Federal reporting processes. Based on this training I can confirm that UI schools are refusing to abide by national government standards set forth to protect the safety of minorities on campuses across the country. The motivations for knowingly creating a defunct Title IX reporting process is evident in the facts of my case, and other related matters, which show a repeat pattern of harm against victims of rape (instigated by professors) and sexual harassment, as well as prejudice. By scaring and intimidating me through threats to my safety I was encouraged to remain silent about incidents involving hate crimes and prejudice against me as a protected class in 4 different divisions. In order for me to safely engage in the reporting process I was forced to work remotely off campus. This is unquestionably illegal. Doing this to me and other employees ensures that the Title IX Office is able to falsely report misleading statistics that clearly intentionally underreport the REAL NUMBER of incidents involving prejudice on campuses. BY DEFENDANTS own self-reports in writing my cases were even more than their system can handle and I was continually victimized in a manner that has resulted in permanent, irreversible damages to me physically and career-wise.

Please note that I have publicly made assertions to the effect of the implication of members of home grown "terrorist" organizations that they are in fact "homegrown threats" to United States Citizens.

The DEFENDANTS cited in these court matters and related incidents I have reported to proper authorities, as I am legally obligated to do, have proven over the span of 4+ years *and counting* that these DEFENDANTS are willfully disobeying civil laws, state laws, federal laws, as well as moral and ethical codes of honor (which are outlined in their University of Illinois and State or Federal employment contracts), and codes of honor outlined in their medical licenses to practice within the State of Illinois (and country), as well as other requirements as employees and/or active duty professionals for their field of practice in the United States and/or State of Illinois. In fact, these DEFENDANTS have already engaged in destruction of crucial evidence to

prove their crimes, tampering with and covering-up of evidence to prove their crimes in countless incidents. Due to these DEFENDANTS positions of power, and unrelenting subversion of these aforementioned laws, and due to their abuses of their positions of power in allegiance with other willing participants these DEFENDANTS have escaped judicial processes and they have escaped all punishments of ANY AND ALL kinds in order to remain in their positions of power where these types of crimes can be repeated against new victims. As a result of the illegal and willfully subversive "legal" actions of these criminals (i.e. DEFENDANTS) against me, I am being repeatedly victimized even today.


PHYSICAL HARM AT SYSTEMIC LEVELS
Medical malpractice

The Medical Industry's long documented and proven (even in court cases dating back to British Medical Cases pre-American colonization) history of targeting people with disabilities and the history within the medical community of specifically attacking people of low income, people of minority status (including Jewish and African Americans) and people with pre-existing physical differences such as but not limited to disabilities, paints a dark shadow on these incidents and the factual events of my Federal Case against said DEFENDANTS.

The University of Illinois located in the Urbana-Champaign community specifically is the largest "Research Institution" in the entire State.


Due to the DEFENDANT'S reputation as an esteemed medical institution and the DEFENDANTS recent successful activities to build new medical facilities have resulted in the DEFENDANTS new financial gains for each individual person, as well as the named DEFENDANT organizations as a collective party acting together.

It is therefore crucial to my Federal Court Case in the Northern District of Illinois that your Honor's court please assist in obtaining and/or obtaining redacted copies via subpoena of medical documents and relevant information (in accordance with confidentiality laws and protections for people named in the medical documents and relevant information) from University of Illinois and their affiliates (including but not limited to Carle Hospital, Carle Affiliates, the University of Illinois Disability Services records (print and digital) and McKinley campus facilities).

***
CORRUPTION & ABUSES OF POWER TO ENFORCE SYSTEMIC PUNISHMENTS, THREATS, BULLYING, INTIMIDATION, ILLEGAL COVER-UPS IN THE STATE OF ILLINOIS***

DEFENDANT UIPD and DEFENDANT OSCR are working together to engage in illegal corruption and to abuse their positions of power to cover-up law violations at the civil, state and federal levels which are perpetrated every day by UI Employees. One of the offices at UI that supports these retaliatory practices to harm Employees who report hate crimes and prejudice is DEFENDANT BOT, which claims to protect student safety on campus but repeatedly targeted me BECAUSE I was reported being victimized by prejudiced Employees on UI campus. This UI Office targeted me as a legal liability and treated me as a "threat" to campus due to the victimization that I suffered and reported publicly. The DEFENDANTS such as DEFENDANT DEANS OFFICES and DEFENDANT PROVOSTS' OFFICES were also integrally involved in the systemic retaliation against me which began AFTER I filed reports with the Title IX Office, DEFENDANT ALEXIS THOMPSON, and Federal Agents. As public records prove, these DEFENDANTS such as the Deans and Provosts are paid by UI to protect student safety and well-being. However, as my case proves beyond question, there are systemic conflicts of interest supported by UI policies and student codes and these offices are knowingly punishing and falsely reporting disciplinary needs for victims of prejudice who need to be protected and not disciplined. One example of these systemic policies and codes at UI are the allocation of University Titles and responsibilities which encourages Conflicts of Interest that knowingly harm victims who report prejudice at UI. After I brought these issues to the attention of the Board of Directors serving the UI communities, these systemic problems were not addressed and I was in fact the victim of escalated retaliation as a direct result of my reports to the UI Board of Directors (written proof of these collective actions against me by DEFENDANTS is in writing but DEFENDANTS, Husch Blackwell, and others, are refusing to release this vital evidence to me and I filed a motion for you to please subpoena this evidence in order to prove this fact).

UI WOMENS' ORGANIZATIONS (funded by UI) are also knowingly or unknowingly supporting acts of harm against victims who report crimes of prejudice perpetrated by the DEFENDANTS and affiliates. I was not supported in my reports about rape, sexual harassment and acts of sex and gender based discrimination and harm against me. This organization instead participated in unreasonable delays and absurd requirements by the Title IX Office that negatively impacted my ability to carry out my responsibilities on campus and also caused irreversible trauma.

LAWYERS: hired privately by myself and others who have waged federal, civil and state criminal charges against the University of Illinois and/or members of its hired staff. It is documented in my case (and other student employee's cases, as well as students) that the law firms within the State of Illinois are unable to represent victims of employment law violations, Title IX violations, Title VI violations, and/or civil law violations, state law violations, and federal law violations due to DEFENDANTS' monopoly and abuses of power in the State of Illinois. The forthcoming evidence (ONLY obtainable via court subpoena due to UI policies and illegal codes of conduct) will prove this in my Federal Cases and I have submitted a motion to obtain these vital pieces of evidence to prove simply being able to seek legal representation that is unbiased against DEFENDANTS in the State of Illinois is nearly impossible and causes Students and Employees to endure repeat acts of harm against them and to remain silent.

Thus, there is an EXTREMELY URGENT need to subpoena ANY AND ALL documents, and multimedia data and/or information of ANY AND ALL kinds that are being held under lock and key by Justin Brown's Offices such as but not limited to the OSCR and the Deans Offices (including ANY AND ALL sub-offices -- ie their naming schema for subdividing offices enforces this systemic corruption and abuse of power at the highest offices in this state, such as conflicts of interest in duties and employee responsibilities whereby a single employee has responsibilities within these differently named offices that create university enforced corruption and university enforced abuses of power to knowingly and intentionally inflict physical harm, inflict character defamation, inflict threats and cover-up ANY AND ALL related practices of this nature).


****************TITLE IX OFFICE AND PARTICIPATING OFFICES*****************
DEFENDANT DANIELLE MORISSON refused to handle my Title IX investigations in a legally mandated way. She also refused to enforce Whistleblower Protections and Ethics Act protections for me on campus over more than a 3 year period which caused me to study at another university entirely in order to be physically safe from continued physical harm, including but not limtied to physical assault and rape which remains uninvestigated to this day. Additionally, DEFENDANT DANIELLE MORISSON refused her duties to uphold my constitutional rights and denied my rights as an American Citizen to a fair, judicial process without bias and free from threats to my physical safety. It was a dangerous, scary and traumatizing reporting process at every turn for me, due to her actions of harm against me. Whether intentional or unintentional I am victimized by this DEFENDANT and I have received first-person accounts of similar experiences for certain groups of protected classes at UI. Her actions of harm against the student body and the Employees at UI schools is horrendous, inexcusable, and must be handled at the Federal level in order to correct this systemic abuse of power that is resulting in an on-campus blood bath, so to speak, between non protected classes, and protected classes, and more.

Claire Sharples-Brooks was the second Title IX investigator assigned to my cases at University of Illinois. The first Title IX agent was not included in the official Title IX records on file with the University of Illinois.

Claire Sharples-Brooks has since been named "Legal Counsel" assigned to my case specifically within the University of Illinois. This information was brought to my attention, not by Claire Sharples-Brooks herself, nor was this brought to my attention via any UI appointed Offices with authority on-campus. This Conflict of Interest has not been declared in any official documents. When I confronted the relevant authorities on-campus regarding Claire Sharples-Brooks' conflict of interest and asked that she recuse herself from corrupting the judicial process of my Title IX, Graduate College, State-wide Federal "Investigations", as well as ANY AND ALL related matters pertaining to my cases, my formal requests were denied. ANY AND ALL documentation of these aforementioned formal requests that I made in a timely manner to ensure the accuracy, truthfulness, and judicial processes used to carry-out my cases, are being held within the University of Illinois school system records and digital records, which I have been repeatedly

denied access to after the systemic retaliatory actions were successfully carried-out against me, resulting in my being falsely reported as a "threat" which UI Officials have used to wrongfully and illegally remove me from "campus" and seal access to such records which I require in order to prove my civil, state, as well as the official Federal Charges against the DEFENDANTS and their affiliates (also being subject to related charges).

## HUSCH BLACKWELL LAWFIRM EMPLOYED TO SUPPORT DEFENDANTS THROUGH MISREPRESENTATION AND TAMPERING WITH INVESTIGATIONS BEFORE FEDERAL TRIALS

I respectfully request that your Honor rule in favor of this motion to remove UI's law firm Husch Blackwell due to their unreported and willful misrepresentation of their Conflict of Interest being involved in ANY AND ALL matters related to my Federal Cases.

Evidence to support my motion is currently being tampered with, destroyed, and my access to it is being blocked by Husch Blackwell and supporting UI legal advocates. In other words, I am unable to supply a complete view of the facts due to evidence tampering, destruction, and intentional blocks currently being carried out by DEFENDANTS and Husch Blackwell, as well as supporting Legal Counsel for DEFENDANTS. For example, I have requested access to UI student and employee accounts, as well videos recorded by UI that depict some of the actual incidents of hate crimes and prejudiced bullying, harassment and denial of access to employee resources required for me to carry out my responsibilities as a paid employee at UI. These recorded incidents which I've requested access to for my Federal Cases and Federal Investigations prove beyond the shadow of a doubt my charges are very valid, and denying me access to these recordings has supported this retaliation against me such as wrongful termination and wrongful removal from campus. Additionally, these crucial pieces of evidence would have disproved false retaliatory charges filed against me by the DEFENDANTS and Title IX respondents in my charges filed at UI. These false and illegal retaliatory charges filed against me in response to my Title IX reports were used by DEFENDANT MARTHA GILLETTE, DEFENDANT SAMUEL BESHERS, DEFENDANT ARON BARBEY, DEFENDANT NEAL COHEN, DEFENDANT STEPHANIE PREGENT, DEFENDANT BOARD OF EDUCATION, DEFENDANT STEPHEN BRYAN, DEFENDANT DANITA BROWN YOUNG, DEFENDANT ROBERT JONES, DEFENDANT ALEXIS THOMPSON, DEFENDANT BOT, DEFENDANT UIPD, DEFENDANT OSCR, DEFENDANT DEANS OFFICES, DEFENDANT OFFICES OF THE PROVOSTS, DEFENDANT UNIVERSITY OF ILLINOIS, among others, to "justify" removing me from campus, blocking me from resources I require to live as a disabled person, and blocking me still in my attempts to meet these current demands from UI DEFENDANTS in order to regain access to my place of employment. The evidence Husch Blackwell and participating DEFENDANTS are now destroying, tampering with and blocking me from sharing with Federal Agents would have made these retaliatory actions mentioned above impossible (such as but not limited to removing me from campus, wrongfully terminating me, and illegally punishing me for cooperating with Title IX "Investigations'' and Federal Agents). In other words, UI's Legal Council and Husch Blackwell are active participants in retaliation and illegal federal crimes

against me, which I intend to prove beyond the shadow of a doubt in my Federal Court Cases and subsequent "Investigations'' with future Authorities. These tampering with, destruction, and blocks to crucial evidence I require to share with Federal Agents has also made it possible for said Federal Agents such as DEFENDANT OCR, DEFENDANT EEOC, DEFENDANT BOARD OF EDUCATION, DEFENDANT UNIVERSITY OF ILLINOIS, DEFENDANT NIH, and DEFENDANT NSF, among others and other DEFENDANTS, to rule that my Federal Reports are not proven due to a lack of evidence.

Another crucial justification for the need to remove Husch Blackwell from my Federal Case, as well as ANY AND ALL related matters, is the fact that members of the Lawfirm Husch Blackwell have been employed by UI to act as "unbiased" "Investigators" for my initial and recent Title IX reports, as well as Federal Proceedings related to these reported incidents (which include physical assault, rape, threats to my physical safety and knowing refusal to provide legally mandated protective services and accommodations at UI resulting in me being intimidated throughout my reports to Title IX, Official Offices and Federal Investigators (including but not limited to International Agents protecting human life, FBI Agents, CIA Agents, and others).

One such instance of these systemic acts of abuse of power through the UI's intentional Conflict of Interest which they justify via their employment crimes is the transfer of power of Title IX Investigator assigned to my cases Claire Sharples-Brooks to her newly appointed position at UI as their Legal Council advising on their legal actions against me at the Federal Investigative stages. When I alerted the DEFENDANTS including but not limited to the DEFENDANT BOARD OF EDUCATION, DEFENDANT UNIVERSITY OF ILLINOIS, of this Illegal Conflict of Interest poised to intimidate me and harm the integrity of my Federal Cases, DEFENDANTS ignored my requests that Claire Sharples-Brooks recuse herself from ANY AND ALL involvement in matters related to my cases. My requests that UI and related affiliates correct these intentionally illegal patterns of practice during my Title IX "Investigations" and Federal "Investigations" have been denied. My requests that UI and related affiliates follow the laws have actually been used as charges against me, which UI has punished me for academically and professionally by wrongful termination and illegal removal from University Campus resources crucial to my Federal Investigations as they were occuring.

Additionally, this repeat pattern of practice utilized by UI is a systemic tool that harms, retaliates, and intimidates victims of Title IX and Employment crimes so they do not file reports with Federal Offices. This very tool used in UI's repeat pattern of practice against myself and other protected classes they're employing is the subject of my Federal Case your Honor is Judging at present, which means actively supporting UI's very systemic crimes against victims of protected classes by allowing UI's law firm to continue their involved in ANY AND ALL capacities would undermine the very integrity of my entire Federal Case your Honor is now Judging. To summarize these facts, ruling against my motion to remove Husch Blackwell from ANY AND ALL matters related to my Federal Cases means I won't be able to prove my charges against the named DEFENDANTS and related parties. It is also highly possible that further FBI, CIA, and related Investigations into these incidents will require that this Federal Case be evidence and allowing this corrupted legal council to have direct influence over my evidence/Federal

Cases for FBI, CIA, and Federal Investigators could ruin future actions to properly handle my reports, including retaliation from DEFENDANTS against me for reporting to the FBI, subsequent CIA reports, and reports to other Authorities.

For example, during our trial in Federal Court, I will be required to subpoena Husch Blackwell to testify under oath during my proof that my charges are undeniably true, beyond the shadow of a doubt. Having this law firm and related affiliates participate as legal counsel for DEFENDANTS at this stage is illegal and would corruptly subvert my reports, thus falsely misleading your Honor to make a possible false ruling against my charges, which include this repeat pattern of practice targeting victims through systemic abuses of power like Conflicts of Interest. I will also be required to call DEFENDANTS BOARD OF EDUCATION and Claire Sharples-Brooks, among others, to testify under oath regarding incidents that have been used to wrongfully terminate me and illegally punish me for actions perpetrated in my name by Title IX "Investigators" and by IU Legal Counsel and legal advisers, such as Husch Blackwell.

Please note formally in my Federal Case and Docket: Claire Sharples-Brooks was the second Title IX investigator assigned to my cases at University of Illinois. The first Title IX agent was not included in the official Title IX records on file with the University of Illinois. I reported Claire Sharples-Brooks repeatedly for her refusal to file my Title IX reports accurately and without prejudice against me due to my protected classes. These Good Faith reports were used by UI to wrongfully charge me as filing "Bad Faith Title IX" reports and doing so to "evade academic responsibility" which is not true. These Good Faith reports that Claire Sharples-Brooks is responsible for filing on my behalf with the Title IX Office were also then used against me to wrongfully charge me for actions Claire Sharples-Brooks is responsible for. Namely, I have been charged with filing "too many Title IX" charges and I have been removed from campus and wrongfully terminated due to charges relating to these matters. Disciplinary actions of an Academic and Professional nature have been taken illegally against me due to Claire Sharples-Brooks actions when dictating how I must file my Title IX reports. I have very literally been punished, removed from campus, disciplined, and denied resources I require to live as a disabled woman due to the actions of Claire Sharples-Brooks in her powerful positions over me as Title IX "Investigator" and now Legal Council to UI. Additionally, I was accused of being a "tax on University resources" as a direct result of the manner in which Claire Sharples-Brooks filed my Title IX reports. I was also wrongfully charged with an OSCR "crime" by DEFENDANT JUSTIN BROWN, DEFENDANT OSCR, DEFENDANT DEANS OFFICES, DEFENDANT STEPHEN BRYAN, DEFENDANT DANITA BROWN YOUNG, and DEFENDANT UNIVERSITY of ILLINOIS, as well as other DEFENDANTS and related parties, which I am currently being punished for by UI and aforementioned DEFENDANTS despite the FACT that my punishable "crime" was repeating potential "misinformation" given to me by Claire Sharples-Brookes (who I reported at the time and in a timely manner immediately to the Title IX Director DEFENDANT DANIELLE MORRISON but these reports were used to further punish me) which she used to manipulate me into filing a Title IX Report against my DEFENDANTS who I was physically afraid to report.

MOTION FOR INCLUSION OF CRIMES CRUCIAL TO PROVING AN UNEQUIVOCABLE PATTERN OF PRACTICE INCLUDING BUT NOT LIMITED TO HATE CRIMES FROM WHITE NATIONALISTS ON CAMPUS DURING WORK (PERPETRATED BY MY MANAGERS), AND RAPE FROM A UIUC PROFESSOR

The main incidents that transpired, including the White Nationalist hate crimes and antisemtism, and also the rape and sexual harassment on-campus by a UIUC Professor, occured during the first semester of enrollment and employment at the University of Illinois. I reported these incidents to the proper chains of command immediately (literally as they occured in real time) and I filed my reports with the Title IX Office in the first month when these hate crimes from White Nationalists and perpetrators of Antisemitism on-campus during my job. However, these state-wide university legal loopholes enforced by University Codes of Conduct and procedural policies (which violate civil, state and federal laws, as I reported to University Officials including presenting these facts to the Board of Trustees in Spring 2018)

Please note the UIUC Professor who raped and sexually harassed me
-exploited his in-depth knowledge of the legal loopholes and UIUC codes of conduct as well as disciplinary rules against students who report title ix crimes like rape, to premediate his crimes against me so he would be able to cover-up his crimes.


***

PHYSICAL HARM & FINANCIAL HARM USED TO COVER-UP DEFENDANTS' CRIMES

Motion for an immediate state of emergency and forced closure of ALL UI facilities. Actions of retaliation against me include inhumane crimes that warrant a State of Emergency and Immediate Forced Closure of UI facilities throughout the State of Illinois until the reported incidents highlighted in my Federal Cases are resolved.

Current incidents of intentional physical harm of my person warrant proper investigations which are not being carried out due to unknown reasons, but which are clearly the result of retaliation from DEFENDANTS and related parties. The direct results of these retaliatory actions waged against me have caused potentially permanent and very damaging physical harm of my body. This fact alone warrants immediate investigation at the Federal Level which I have tried to obtain but have been unable to do so due to said retaliation and acts of harm against me by DEFENDANTS and related parties. In addition to physical assault and rape, which was never properly investigated by UI or DEFENDANTS, as well as DEFENDANT DANIELLE MORISSON, among others, these reports have included systemic acts of harm waged against me for the purposes of damaging me financially in an effort to block my access to University resources required for my job and student responsibilities, as well as physical harm. These matters warrant very swift and immediate actions to be taken in order to guarantee the protection and safety of other members of my protected classes on UI campuses, and related affiliates' facilities.

One important fact of my case is an undeniable repeat act of harm since the original hate crimes and threats against my person by DEFENDANTS whereby my Disability Accommodations and

Disability Services were never awarded to me, despite the fact I require them to live. Sections from my court documents further detail these events regarding the DEFENDANTS (including but not limited to DEFENDANT MCKINLEY, DEFENDANT NEAL COHEN, DEFENDANT SAMUEL BESHERS, DEFENDANT BRAD SUTTON, DEFENDANT SEPIDEH FRIBERG, DEFENDANT ARON BARBEY, among others) medical malpractice and systemic victimization of members of the protected class for Disabilities and potentially other protected classes.

For example, one reported example of the intentional harm waged against me was the repeat denial of my *rights* to access university resources, including Disability Services, Disability Accommodations, and denial of resources like Healthcare in accordance with ADA Laws to ensure I am able to successfully survive as a UI employee and as a person outside the UI school system. In conjunction with these acts of intentional harm (including direct physical harm based on the DEFENDANTS' repeat abuse of me as a disabled assault victim) DEFENDANTS including DEFENDANT STEPHEN BRYAN, DEFENDANT JUSTIN BROWN, DEFENDANT OSCR, DEFENDANT DEANS OFFICES, DEFENDANT PROVOSTS OFFICES, and others are making impossible and/or unreasonable demands made impossible for me to fulfill due to aforementioned retaliation and intentional harm of me instigated by the DEFENDANTS.

In addition to these unreasonable and impossible demands made by DEFENDANTS it is an undeniable fact that my physical safety and life as a disabled assault victim as well as my livelihood depend on my meeting these demands successfully. The repeat acts of harm waged against me in what I believe I can prove is a repeat pattern of practice used against ALL members of my protected classes who cooperate in the mandatory reporting process at UIUC.

These acts of harm against me are being instigated during continued demands required for my employment at UI, which are demanded by UI Administration such as DEFENDANT DANITA BROWN YOUNG, DEFENDANT STEPHEN BRYAN, DEFENDANT JUSTIN BROWN, DEFENDANT OSCR, DEFENDANT DEANS OFFICES, DEFENDANT BOT, DEFENDANT MCKINLEY, DEFENDANT ALEXIS THOMPSON, DEFENDANT UNIVERSITY OF ILLINOIS, DEFENDANT MARTHA GILLETTE, DEFENDANT SAMUEL BESHERS, DEFENDANT ARON BARBEY, DEFENDANT STEPHANIE PREGENT, DEFENDANT NSF, DEFENDANT NIH, DEFENDANT PROVOSTS' OFFICES, DEFENDANT SEPIDEH FRIBERG, DEFENDANT BOARD OF EDUCATION, DEFENDANT OCR, DEFENDANT EEOC, among other affiliated parties.

I belong to 5 protected classes and my disabilities are reported by the UIUC Disability Services Office to be among the most common -- over 60% of mobility related cases fall under my exact same diagnoses -- so this is an unresolved and emergency-level catastrophe for students and employees in the State of Illinois.

***************************RESOLUTION OR OUTCOME***************************

Why have I not simply gone away and disappeared into forced silence about being raped and the victim of prejudice against my 5 protected classes at University of Illinois? Because you have an undeniably serious White Nationalist problem in the State of Illinois, and there are systemic policies and procedures at the governmental level to use taxpayer funds to protect and support these forms of targeted injustice against your most vulnerable populations. I would calculate the total cost of the legal teams defending the UIUC Professor who raped me, and the countless hours of on-site work from paid UI employees to defend these Defendants using tax payer dollars but I don't need to do so -- the University of Illinois in Urbana-Champaign has reported already in writing (evidence submitted) that handling the rape, hate crimes, and systemic prejudice I was forced to endure at my place of employment was a "tax on university resources." I was in fact removed from campus due to the State of Illinois' failure to serve and protect me. I followed every single demand from University of Illinois' Deans, Chancellors, Provosts, Title IX Office, disciplinary committees (because I was disciplined for filing "too many title ix" charges), even the OCR, Board of Education and EEOC. And yet, we are here today almost 4 years after the original incidents first transpired (including the rape instigated by a University of Illinois Professor who is currently still employed by UI) and these matters are now being passed off to drain the State of Illinois' financial and employee resources due to the misbehavior and illegal actions of a handful of UIUC employees. I therefore request, not just for myself as a resident of Illinois during my academic studies and employment but especially for the incoming Freshman and current students and employees in the State of Illinois, that you fix these horrendously egregious dysfunctional legal loopholes which are being exploited by the worst of your population to commit civil, state and federal crimes against innocent civilians.

In other words, the only "demands" that I am making to the Northern District Court throughout this Federal Lawsuit are for justice, as your honor decides it should be set forth after carefully reviewing the evidence, and I'm respectfully asking for your honor to please, please enforce a ruling that "demands" there be brand new legal restrictions and brand new power awarded to those whose jobs it is to serve and protect your most vulnerable members of the Illinois population so that what has occurred under the noses of the Illinois Government these last 4 years never happens ever again.


The costs out of pocket to me and out of the pockets of people who have been forced to step up and fill in for those who are abusing their authority and refusing to protect me, as is their duty, has far exceeded over $85,000 over the course of 4 years. I was rumored by the respondents I reported to the UIUC Title IX Office, the Board of Education, the OCR, and the EEOC, as well as police offices and more, to be concocting a "scheme" whereby I would lie about being raped in order to "escape academic responsibility" and then try to extort the University of Illinois for funds in a legal settlement -- again, these rumors were spread during my employment at UIUC by the individuals I reported for their original crimes of prejudice and then reported again for this retaliatory crime, among other crimes. Absolutely NONE of my reports were fairly investigated, namely I was denied and/or intentionally delayed and/or blocked knowingly by the UIUC administrators I reported. It was also brought to my understanding from other student employee victims at UIUC that these methods of systemic targeting for crimes of hate are normally and

repeatedly covered-up in the exact same manner that the crimes I reported to authorities have been covered-up by these Defendants. It is imperative that my Federal Case be judiciously tried in court so that these Defendants are charged under oath with their federal, state and civil crimes against me, because in doing so your Honor will be serving to protect others who are currently being victimized due to their shared protected classes (I belong to 5 protected classes and my disabilities are reported by the UIUC Disability Services Office to be among the most common and is therefore unequivocally negatively impacting the majority of students and employees at UIUC. These incidents that I intend to prove to your Honor throughout this case against these Defendants will quickly become obvious to your Honor as an unresolved emergency-level catastrophe that has ruined the lives and continues to do so for students and employees on campuses throughout the State of Illinois. Due to the ineffective legal policies and enforcement procedures to handle Illinois based Title IX crimes against victims, students as young as 17 and 18 years old on campuses throughout the State of Illinois are currently suffering in silence, as I was encouraged through bribery, threats, and intimidation to do.


Please enforce new laws and authority to protective civilian servants who will be able to properly focus on correcting the following defunct errors in the current Title IX legal system: WhistleBlower and Ethics Act are treated as threats, victimized and intimidated during the reporting process using legal loopholes that are enforced by the University of Illinois' own code of conduct and rules. when following the mandatory reporting laws to inform government agencies and proper authorities on-campus and in the State of Illinois about federal, state and civil crimes perpetrated by people in power, there is an entire "legal" system currently set-up and actively protecting these criminals who are abusing their authority to continue inflicting harm on those around them.

Student Employees NEW protected class must be incorporated into the existing and future protected classes for employees at the National Level.
My Case Documents will prove beyond the shadow of a doubt DEFENDANTS' intentional exploitation of student labor based on national employment standards and federal, state, civil laws. this systemic pattern of abuse of student employees calls for a brand NEW protected employment class in the country titled "Academic Employees" which will be used to give students who are being exploited based on their protected status as students

The basis for this request for a NEW employment protected class is due to the facts of cases filed in national federal court by class action lawsuit student employee participants. Students represent the youngest members of the American Workforce today and are often targeted for employment crimes (Title IX, Title VI, and related civil, state and national regulations) due to the age and/or naivete of these youngest and least experienced members of the American Workforce. today.

As demonstrated in these documented court cases where the Plaintiffs (STUDENT EMPLOYEES) won in federal court, these victimized and targeted groups of people are among the most vulnerable members of our workforce today.

Please work with me, and University of Illinois, so we can together protect incoming Freshman and current students and employees at universities throughout the state from being further victimized by at-large *white collar* criminals.

By the end of my in-person trial in your Honor's Northern District Court my evidence will prove beyond the shadow of a doubt that there is not only a state-level threat to Americans currently ongoing and unresolved that is being knowingly as well as unknowingly systemically protected by the current policies and aggreciously outdated enforcement policies as mandated by the Federal protective laws for Employment Laws, Whistleblower Protection Acts, related Ethics Acts, Title VI, and protected classes outlined under Title IX protective guidelines, but that this threat has been supported with malice by the publicly named DEFENDANTS and affiliates to these incidents partially detailed within these Court Documents for your Honor to judiciously rule on. I do not make these assertions with Bad Faith, as the DEFENDANTS have falsely charged me with during their abuses of power, specifically their exploitation of State-Level resources, including but not limited to taxes from the American People in the State of Illinois, as well as National Federal Funds being misappropriated via these compromised channels in the State of Illinois at the National-level.

Based on my charges outlined within these court documents and court proceedings submitted to your Honor, pending cooperation from the Court Clerks in the Northern District Court system, there is a formal request for your Honor to please rule in such a manner so that based on your Honor's discretion and your Honor's Judgement, there may be cause to add new protective legal measures to help properly and effectively (as well as efficiently within each State's "budget" allocated via the federal funds) carry out the measures required to uphold the Democratic Constitution within the United States of America, including these following related statutes designed to serve and protect this country's constituents such as, the Whistleblower Protection Acts, the Ethics Acts, and protective guidelines (perhaps we need respectively supporting additional guidelines and/or legislature proposals to be ratified in the near future) as currently sketched out roughly, but perhaps in need of improvement, in these relatively newly enacted Title IX Laws (which are in fact newly implemented within the US, thanks to the new laws enacted during the BUSH Presidency). In other words, I am requesting of the Northern District Courts and requesting your Honor in his appointed position to serve and protect the United States People, to consider these events partially detailed as the law dictates within these court documents as potential models for current, unreported national-level hate crimes, physical crimes of harm (and therefore globally related impact) against protected classes and these proposed NEW Protected Class of Academic Employees, to be ruled on as your Honor sees fit.

Thank you profusely for your Honor's attention and your time in serving the People of the United States at the Federal Level, and especially for agreeing to rule on this case, which I strongly believe is instrumental in upholding our Nation's core values, including the United States

Constitution and supporting Bill of Rights as overseen at the civil, state levels, in accordance to your Honor's Judgements at the National Scale.

I would like to include the following quote to end my Federal Court Documents:
"The only way to keep an entire group of sentient beings in an artificially fixed place, beneath all others and beneath their own talents, is with violence and terror, psychological and physical, to preempt resistance before it can be imagined." -Isabel Wikerson, Caste: The Origins of Our Discontents, p.151

EEOC Form 161 (11/16)

**20CV7303**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:     **Rose Meacham**
      **504 N Matthews Ave**
      **Urbana, IL 61801**

From:    **Chicago District Office**
       **230 S. Dearborn**
       **Suite 1866**
       **Chicago, IL 60604**

[ ]     *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2020-04785** | **Janel Smith,** **Investigator** | **(312) 872-9690** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/ti*
            August 19, 2020

Enclosures(s)
          **Julianne Bowman,**
          **District Director**
                   *(Date Mailed)*

cc:    **Kaamilyah Abdullah-Span**
     **Senior Associate Director**
     **UNIVERSITY OF ILLINOIS**
     **Office of Diversity, Equity and Access**
     **1004 South 4th Street, Suite 310**
     **Champaign, IL 61820**

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➢ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

➢ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system**.**

➢ **Only one** major life activity need be substantially limited.

➢ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

➢ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or "**in remission**" (e.g., cancer) is a disability if it **would be substantially limiting when active**.

➢ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage:**

➢ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➢ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➢ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➢ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.