IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ROSE MEACHAM, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 1:20-cv-07303 |
| UNIVERSITY OF ILLINOIS, et al., | Hon. Charles R. Norgle |
| Defendants, | |

## ORDER

Plaintiff filed the complaint in this case in December 2020. There is no indication on the docket that Defendants have been served. It is also unclear whether several of the Defendants are suable entities. The Court granted Plaintiff's motion to proceed in forma pauperis but denied Plaintiff's motion for attorney representation. Dkt. 8. Plaintiff filed an amended complaint in April 2021 but has not filed anything since then. The Court now orders Plaintiff to show cause by September 29, 2021 as to why this case should not be dismissed for failure to timely serve Defendants or otherwise. Failure to show cause by that date may result in dismissal. Fed. R. Civ. Pro. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 9, 2021