IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ROSE MEACHAM, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 1:20-cv-07303 |
| UNIVERSITY OF ILLINOIS, et al., | Hon. Charles R. Norgle |
| Defendants, | |

## ORDER

On account of Plaintiff's failure to prosecute this case, the Court ordered Plaintiff to show cause by September 29, 2021 as to why this case should not be dismissed. Plaintiff failed to do so. This case is dismissed. Fed. R. Civ. Pro. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). The clerk is ordered to close the case.

IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 30, 2021