IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

ROSE MEACHAM,

Plaintiff(s),

v.

UNIVERSITY OF ILLINOIS, et al.,

Defendant(s).

Case No. 20 C 7303
Judge Charles Norgle

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: this case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☐ decided by Judge          on a motion

Date: 9/30/2021

Thomas G. Bruton, Clerk of Court

Eric Fulbright, Deputy Clerk